7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Cindy Alycia Bauer
*Debtor*

*Bankruptcy Case No.*
11–31182–jwv7

**Norman Rouse**
  Plaintiff(s)

*Adversary Case No.*
12–03017–jwv

v.

**William Bauer**
  Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that judgment be entered against the defendant, William P. Bauer, for the sum of $50,000.00.



Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
   Deputy Clerk

Date of issuance: 10/10/12

Court to serve